# EXHIBIT 6

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, November 17, 2023 11:34 AM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>
**Subject:** Exploring Intellectual Property Opportunities - Collaboration between Intellectual Ventures and First Horizon

Dear Mr. Franklin,

Allow me to introduce myself; I am Steve Joroff, the Vice President of Licensing at Intellectual Ventures (IV). At IV, I lead a dedicated team responsible for negotiating patent license agreements, particularly within the realm of banking, insurance, and financial services.

I am reaching out to initiate a dialogue concerning intellectual property and licensing matters with First Horizon. Exploring the potential synergy between IV's extensive worldwide patent portfolio and First Horizon's endeavors could prove mutually advantageous. I propose that our initial discussion encompass an overview of IV's expansive patent portfolio and its relevance to First Horizon's operations. Subsequently, both parties can collaboratively determine the direction for further exploration, fostering a meaningful and fruitful business relationship.

For context, Intellectual Ventures stands as a pioneer in patent aggregation, licensing, and sales. Over the past two decades, we've invested billions in acquiring, maintaining, and licensing patents. Presently, our portfolio boasts over 7,000 active patents procured from esteemed companies, research institutions, and inventors. Notably, these patents align closely with the technologies integral to First Horizon's daily operations, including cloud computing, networking, security, storage, digital payments, and utilization of open-source software, among others.

I eagerly await your response and the proposal of suitable dates and times for our inaugural discussion. I believe our collaboration holds the potential for substantial mutual benefit and innovation.

Thank you for your attention, and I look forward to our imminent interaction.

Warm Regards,


Steve Joroff

Vice President, Licensing

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

Award-winning service

Confidentiality notice:
This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.