# EXHIBIT 7

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Wednesday, December 20, 2023 2:21 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>
**Subject:** Re: Exploring Intellectual Property Opportunities - Collaboration between Intellectual Ventures and First Horizon

Dear Mr. Franklin,

I am writing to emphasize the criticality of discussing the potential licensing agreement between Intellectual Ventures (IV) and First Horizon. As the Vice President of Licensing at IV, it's imperative to underscore the significance of obtaining a license to our extensive patent portfolio.

Our previous attempts to engage in dialogue regarding intellectual property and licensing matters have unfortunately not yielded a response. However, I want to reiterate that our intent is to collaborate and ensure that First Horizon benefits from accessing our patented technologies while also respecting our mutual business interests.

Without a formalized agreement in place, there might be inadvertent risks associated with utilizing technologies covered by IV's patents. It's essential to protect both First Horizon's operations and IV's intellectual property rights through a comprehensive licensing arrangement.

I am keenly interested in facilitating a meeting to discuss the terms of a patent license agreement that aligns with First Horizon's business goals and ensures compliance with IV's intellectual property rights. This discussion would allow us to address any queries or concerns you may have, ensuring a transparent and mutually beneficial agreement.

Your acknowledgment or response to this communication would be highly appreciated. I sincerely hope to arrange a meeting at your earliest convenience to explore the terms of the licensing agreement further.

Thank you for your attention to this matter. I eagerly await your response and the opportunity to discuss this significant collaboration between our organizations.

Best,

**Steve Joroff**

Vice President, Licensing

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

Schedule a meeting:  https://calendly.com/intellectualventures/30min

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*