# EXHIBIT 8

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Sunday, January 7, 2024 1:51 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>
**Subject:** Urgent: Immediate Discussion Needed on Intellectual Property Licensing for First Horizon

Dear Mr. Franklin,

I trust this message finds you well.

I am writing to address the pressing need for a discussion concerning a licensing agreement between Intellectual Ventures (IV) and First Horizon. As the Vice President of Licensing at IV, I am compelled to stress the urgency of acquiring a license to our extensive patent portfolio for the mutual benefit of our organizations.

Regrettably, our previous attempts to engage in discussions on intellectual property and licensing matters have not garnered a response. This lack of engagement has raised concerns about potential inadvertent risks related to utilizing technologies encompassed by IV's patents. It is critical to mitigate these risks and protect both First Horizon's operations and IV's intellectual property rights through a formalized licensing arrangement.

I reiterate our sincere intent to collaborate with First Horizon and ensure that your organization

gains rights to our patented technologies while preserving our mutual business interests. However, the absence of an established agreement poses potential challenges and risks that require immediate attention.

I am urgently requesting a meeting to discuss the fixed fee, non-negotiable financial terms of a patent license agreement correlated with First Horizon's annual U.S. revenue.  This conversation is paramount to establishing a transparent and mutually beneficial agreement, and addressing any questions or concerns you may have.

Your prompt acknowledgment or response to this communication is crucial. I am prepared to arrange a meeting before the end of January to delve further into the terms of the licensing agreement.

Thank you for your immediate attention to this matter. I eagerly anticipate your response and the opportunity to discuss this vital collaboration between our esteemed organizations.

Best,

Steve Joroff

Vice President, Licensing

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

Schedule a meeting:  https://calendly.com/intellectualventures/30min

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*