# EXHIBIT 9

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Thursday, January 18, 2024 1:46 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>
**Subject:** Re: Urgent: Immediate Discussion Needed on Intellectual Property Licensing for First Horizon

Dear Mr. Franklin,

I trust this message finds you well.

I am following up on my previous outreach regarding the Intellectual Ventures (IV) Financial Services Licensing Program and our desire to engage in discussions with First Horizon. If you are not the appropriate contact person for this matter, kindly forward this email to the relevant party within First Horizon to ensure an accurate and timely response.

It is crucial for us to receive a response to avoid any misunderstandings. I want to emphasize that initiating a conversation or engaging in a dialogue with me does not imply First Horizon's immediate willingness to enter into a patent license agreement with IV.

As the head of the IV financial services licensing, I am here to provide information and answer any questions you or your management may have about the IV financial services licensing program. Sharing this material will help address any concerns and provide a clear understanding of the benefits and transparent framework we offer.

To recap the key points from my previous email:

1. Our patent portfolio, with over 6,300 active patents, aligns strategically with technologies crucial to First Horizon's operations.

2. IV's fixed price, non-negotiable pricing table ensures a transparent and equitable framework for financial services companies.

3. An introductory meeting would provide an opportunity to delve into the specifics of our

patent portfolio, showcase its relevance to First Horizon, and explore potential collaboration.

I am committed to accommodating your schedule for a meeting before the end of January. Your prompt response is appreciated, and I look forward to the prospect of a productive and meaningful discussion with you and the First Horizon team.

Thank you for considering this opportunity.

Best,


## Steve Joroff

Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.