# EXHIBIT 10

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Tuesday, February 6, 2024 2:01 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>
**Subject:** Re: Urgent: Immediate Discussion Needed on Intellectual Property Licensing for First Horizon

Mr. Franklin,

I have found that direct communication is imperative, especially given the complexities of the IV financial services patent licensing program. It's crucial that we at least schedule a 30-minute conversation to address this matter.

Here are several options for you to choose from:

- Monday, February 12 from 2-5pm ET
- Tuesday, February 13 from 12:30-5pm ET
- Wednesday, February 14 from 9-2pm ET
- Thursday, February 15 from 10-11:30am ET or 12-4pm ET

Efficient infringement is not a viable strategy in this circumstance. Therefore, engaging in discussions is critical to avoiding misunderstandings or unnecessary escalation.

Please let me know your preferred day and time, and I'll promptly send a meeting invitation.

Looking forward to our discussion.

Best,

## Steve Joroff

Intellectual Ventures
E - [sjoroff@intven.com](mailto:sjoroff@intven.com)
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.