# EXHIBIT 11

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, February 23, 2024 9:30 AM
**To:** Franklin, Desiree <DFranklin@firsthorizon.com>
**Cc:** BURNSTON, HOWARD S. <Howard.Burnston@firsthorizon.com>
**Subject:** Urgent: Immediate Discussion Needed on Intellectual Property Licensing for First Horizon

**[External Email. Exercise caution when clicking links or opening attachments.]**

Mr. Franklin,

I hope this email finds you well.

I am reaching out once again to follow up on our previous attempts to connect regarding a licensing agreement between our organizations. Despite several previous outreach attempts, we have yet to receive a response or acknowledgment from your end.

As mentioned before, our goal is to engage in good-faith negotiations to explore a mutually beneficial license arrangement. However, the lack of engagement from your side has left us in a challenging position, as we are unable to determine whether you are the appropriate contact person or if there is another individual within your organization we should be communicating with.

We have made it clear in our previous communications that if you are not the right person to respond, we kindly request that you forward our email string to the appropriate individual. Since we have not received any indication to the contrary, we can only assume that you are the designated contact for licensing discussions.

We understand that navigating licensing negotiations can be complex, but we remain committed to transparency and fairness in our approach. We are ready and willing to share non-confidential information about the Intellectual Ventures (IV) patent portfolio with you ahead of a scheduled meeting.

To facilitate this process, I have included some available time slots for an introductory meeting below:

- Tuesday, March 12, 9-11am, 11:30-1pm or 1:30-4pmET
- Wednesday, March 13, 9am-4 pm ET
- Thursday, March 14, 9-10:30amET, or from 12:30-2 pm ET
- Friday, March 15, from 9:30-11amET or 12-1:30pm ET

Please let me know which of these options works best for you, and I will make the necessary arrangements. We believe that a direct conversation will be beneficial in clarifying any questions or concerns you may have.

Thank you for your attention to this matter, and I look forward to your prompt response.

Best,

# Steve Joroff

Intellectual Ventures
E - [sjoroff@intven.com](mailto:sjoroff@intven.com)
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.