# EXHIBIT 12

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, March 15, 2024 1:58 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>
**Subject:** Urgent: Immediate Discussion Needed on Intellectual Property Licensing for First Horizon

Mr. Franklin,

Following up on our previous attempts to connect regarding a patent license agreement between our organizations. Despite our numerous outreach attempts, we have yet to receive any response or acknowledgment from your end.

Efficient infringement is not going to be an effective strategy in this situation. Intellectual Ventures (IV) holds numerous patents covering various technologies that First Horizon is using, and therefore, they need to be licensed to IV's patent portfolio.

As part of our industry-wide patent licensing program, 19 financial services companies have already taken licenses. We are committed to ensuring that all organizations, including First Horizon, operate within the bounds of intellectual property law.

I strongly encourage you to schedule a meeting with me at your earliest convenience. Once a meeting is scheduled, I will share non-confidential material that will describe the IV patent portfolio, explain the licensing program, and provide sufficient details about the technologies First Horizon is using and the relevant IV patents.

Please let me know which of the following options works best for you:

- Tuesday, April 9: Any time
- Wednesday, April 10: Any time
- Thursday, April 11: 10-11:30 am ET or 12:30-5 pm ET
- Friday, April 12: 9-11 am ET

Your prompt response is greatly appreciated.

Best,

**Steve Joroff**

Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting:  Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.