# EXHIBIT 13

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Monday, August 26, 2024 1:33 PM
**To:** Franklin, Desiree <DFranklin@firsthorizon.com>
**Cc:** BURNSTON, HOWARD S. <Howard.Burnston@firsthorizon.com>
**Subject:** Re: Urgent: Immediate Discussion Needed on Intellectual Property Licensing for First Horizon

**[External Email. Exercise caution when clicking links or opening attachments.]**

Mr. Franklin,

I hope this message finds you well. I'm writing to follow up on my previous correspondence from March 15, 2024. To date, I have not received any response or acknowledgment from you, which is concerning given the importance of this matter.

As of now, 26 financial services companies have secured licenses with Intellectual Ventures (IV) for our patent portfolio. My role is to ensure that one way or another, First Horizon is also properly licensed.

I strongly urge you to connect with me as soon as possible to discuss next steps. We are ready to provide the required information to assist with this process, but maintaining silence is not an option.

Please offer your availability for a meeting at your earliest convenience so we can move forward in a mutually beneficial manner.

Thank you for your prompt attention to this matter.

Best,


### Steve Joroff

Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.