# EXHIBIT 14

INTELLECTUAL VENTURES®

September 23, 2024

Desi Franklin
Senior Vice President, Assistant General Counsel
First Horizon Bank ("First Horizon")
165 Madison Avenue
Memphis, TN  38103
dfranklin@firsthorizon.com

Dear Desi Franklin:

I write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC ("IV II").  IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (>5,700 worldwide patents and applications), which relate to a broad range of technologies. Many of these patented technologies should be of interest to First Horizon.

Initially, I would like to call your attention to the following patents in particular, which cover technologies used in at least the example products, platforms, features, and/or services listed in the table below that First Horizon makes, uses, sells, offers for sale, imports, and/or encourages its customers and partners to make, use, sell, offer to sell and/or import:

| US Patent No. | Title | Assignee | Example Claim | Example Product/Feature |
|---|---|---|---|---|
| US7949785 | Secure virtual community network system | Intellectual Ventures I LLC | 30 | Open-Source Software: First Horizon' use of Kubernetes<br><br>https://recruiting.ultipro.com/FIR1007FTN/JobBoard/c005ef3e-175a-49c4-ba29-9f431f673944/OpportunityDetail?opportunityId=8c800876-90b0-4dfe-a198-722daa9494d9 |
| US8332844 | Root image caching and indexing for block-level distributed application management | Intellectual Ventures II LLC | 7 | Open-Source Software: First Horizon's use of Docker<br><br>https://recruiting.ultipro.com/FIR1007FTN/JobBoard/c005ef3e-175a-49c4-ba29-9f431f673944/OpportunityDetail?opportunityId=8c800876-90b0-4dfe-a198-722daa9494d9 |
| US8407722 | Asynchronous messaging using a node specialization architecture in the dynamic routing network | Intellectual Ventures I LLC | 14 | Open-Source Software: First Horizon's use of Kafka<br><br>https://recruiting.ultipro.com/FIR1007FTN/JobBoard/c005ef3e-175a-49c4-ba29-9f431f673944/OpportunityDetail?opportunityId=8c800876-90b0-4dfe-a198-722daa9494d9 |
| US10567391 | Graduated authentication in an identity management system | Callahan Cellular L.L.C. | 18 | First Horizon's use of Secure Payment Processing<br><br>https://www.firsthorizon.com/Landing/Business/Merchant-Services<br><br>https://docs.clover.com/docs/use-3ds |
| US7464862 | Apparatus & method for POS processing | OL Security LLC | 1 | First Horizon's use of Point-of-Sale Systems<br><br>https://www.firsthorizon.com/Landing/Business/Merchant-Services<br><br>https://www.clover.com/pos-systems |

Please note that these patents are offered as an initial list of example patents and example infringing products and that IV's investigation of First Horizon products and services is ongoing. Enclosed are copies of each patent listed above.

IV does not authorize First Horizon or First Horizon's customers or partners to practice any of the above patents and/or other IV patent rights without a license. IV is willing to offer a patent license and remains open to business discussions with First Horizon to negotiate such a license, either to the specifically referenced patents or to all or a subset of the IV patent rights.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Steve Joroff
Licensing Executive
On behalf of: Intellectual Ventures Management
3150 139th Ave SE, Building #4
Bellevue, WA 98005
sjoroff@intven.com

Enclosures:
Patent No:  US 7,949,785
Patent No:  US 8,332,844
Patent No:  US 8,407,722
Patent No:  US 10,567,391
Patent No:  US 7,464,862

CC:    Michelle Macartney
       Chief IP Counsel, Patents and IIF Prosecution
       Intellectual Ventures Management, LLC
       mmacartney@intven.com

       Howard Burnston
       Senior Corporate Counsel
       First Horizon Bank
       howard.burnston@firsthorizon.com