# EXHIBIT 15

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Tuesday, October 8, 2024 12:19 PM
**To:** Franklin, Desiree <DFranklin@firsthorizon.com>
**Cc:** BURNSTON, HOWARD S. <Howard.Burnston@firsthorizon.com>; Michelle Macartney <mmacartney@intven.com>; Rocky Adornato <roadornato@intven.com>
**Subject:** Re: Intellectual Ventures Patent Notice: First Horizon Corp.

**[External Email. Exercise caution when clicking links or opening attachments.]**

Dear Mr. Franklin,

I hope this message finds you well.

I am writing to follow up on the notice letter sent to First Horizon Corp. on September 23, 2024, regarding the need for a license to the Intellectual Ventures (IV) patent portfolio. I wanted to ensure that you have received the letter and offer additional information to assist with your review of the matter.

As outlined in the notice, First Horizon Corp. is required to obtain a license for its operations. Based on your reported U.S. revenue of $3.24 billion, the proposed one-time license fee for a worldwide license to the IV patent portfolio is $3.25 million. Our pricing is standard across the financial services industry and is calculated based on U.S. revenue. Please see the attached file for more information.

To move this process forward efficiently, I would like to offer several next steps:

- We can arrange an introductory meeting to discuss the IV financial services licensing program in more detail.

- We can provide claim charts to demonstrate the relevance of our patents to First Horizon Corp's operations.

- We can send over a draft license agreement for your review.

Please let me know how you would like to proceed. Your prompt attention to this matter is appreciated, and I look forward to hearing from you soon.

Best,

**Steve Joroff**

Intellectual Ventures
E - sjoroff@intven.com
O - 425.247.2280

**INTELLECTUAL VENTURES**

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

# Invention Investment Fund (IIF) Commercial Bank Licensing

1. **Commercial Bank Licensing:** IIF offers to license its portfolio using a systematic approach across the financial services and insurance sectors, encompassing the entire scope of those businesses.

2. **Pricing Framework:** The pricing structure for a portfolio-wide license applies consistent metrics to industry parameters to ensure fairness and reliability.
   - **Pricing:** Pricing tiers are based on the most recently disclosed U.S. revenue for each IIF licensing customer, grouped by FinTech industry segments.
   - **Segment Designations:** Industry segment designations align with published customary Primary Industry Group classifications for each IIF licensing customer to facilitate understanding of pricing relevance.

3. **Outreach:** IIF is offering licenses to all financial services and insurance companies with business operations in the United States.

4. **License Scope:** IIF is offering a portfolio-wide perpetual nonexclusive, worldwide license to all patents IIF has the right to license as of the effective date of a definitive license agreement with IIF. Upon request, IIF will also consider offers to license (or purchase) selected patents from its portfolio.

5. **Industry-Related Litigations:** IIF seeks to enforce its patent rights, with patent litigations pending against JPMC, Liberty Mutual, and Comerica, with further actions planned.

| Licensee U.S. Revenue | Commercial Bank License Fee |
| --- | --- |
| Greater than $50B | $7.00M |
| $25B to $50B | $6.00M |
| $10B to $25B | $5.00M |
| $5B to $10B | $4.25M |
| $2.5B to $5B | $3.25M |
| $1B to $2.5B | $2.50M |
| $0.5B to $1B | $1.75M |
| $0.1B to $0.5B | $1.00M |

CONFIDENTIAL – For Discussion Purposes
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.