# EXHIBIT 16

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Wednesday, December 11, 2024 2:43 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>; Michelle Macartney <mmacartney@intven.com>; Rocky Adornato <roadornato@intven.com>
**Subject:** Re: Intellectual Ventures Patent Notice: First Horizon Corp.

Dear Mr. Franklin,

I hope this message finds you well.

I am following up regarding the notice sent to First Horizon Corp. on September 23, 2024, and the pricing expectations shared on October 8, 2024. Despite our attempts to engage, we have yet to receive a response.

This communication serves to document Intellectual Ventures' ongoing efforts to fulfill its legal obligations as the licensor and ensure transparency in this matter. Regular communication is important to avoid claims of unreasonable delay (laches) or misleading conduct (equitable estoppel), which could limit available remedies.

If there has been any change in First Horizon's position or if you would like to revisit the terms at any point, please let me know.

Best,


**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
O - 425.247.2280

**INTELLECTUAL** VENTURES

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---