# EXHIBIT 17

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Thursday, February 6, 2025 11:16 AM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>; Michelle Macartney <mmacartney@intven.com>
**Subject:** Re: Intellectual Ventures Patent Notice: First Horizon Corp.

Dear Mr. Franklin,

I am following up regarding First Horizon Corp.'s need for a license to the IV patent portfolio. Since First Horizon was put on notice on September 23, 2024, we have made multiple attempts to engage, yet we have not received any response.

To date, 35 financial services companies have recognized the value of securing a license to the IV portfolio. Additionally, **IV has recently settled its financial services litigations with Liberty Mutual and Comerica**, further demonstrating the strength and enforceability of our patents. I have attached the relevant settlement documents for your reference.

To avoid unnecessary escalation, I ask that you acknowledge this email or provide a substantive response **before February 21**. If First Horizon has any questions or would like to discuss next steps, I am available to schedule a call at your convenience.

Please let me know how you would like to proceed.

Best,

**Steve Joroff**

Intellectual Ventures
E - [sjoroff@intven.com](mailto:sjoroff@intven.com)
O - 425.247.2280

**INTELLECTUAL** VENTURES

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email.  Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.