# EXHIBIT 18

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Thursday, April 3, 2025 12:20 PM
**To:** dfranklin@firsthorizon.com <dfranklin@firsthorizon.com>
**Cc:** howard.burnston@firsthorizon.com <howard.burnston@firsthorizon.com>; Michelle Macartney <mmacartney@intven.com>
**Subject:** Re: Intellectual Ventures Patent Notice: First Horizon Corp.

Dear Mr. Franklin,

I wanted to share a brief update regarding recent developments involving the Intellectual Ventures (IV) patent portfolio and our ongoing licensing efforts in the financial services sector.

Recently, IV filed two new patent litigations—against Nationwide Mutual Insurance and The Bank of New York Mellon—following their decision not to engage in licensing discussions. We anticipate additional enforcement actions in the coming months with institutions that continue to decline meaningful negotiations.

Additionally, two key patents from the IV portfolio have successfully completed ex parte reexamination proceedings before the U.S. Patent and Trademark Office:

- U.S. Patent No. 7,949,785

- U.S. Patent No. 8,407,722

The USPTO has issued Notices of Intent to Issue a Reexamination Certificate (NIRC) for both, reaffirming the validity of the claims and further strengthening

the enforceability of these patents.  See attached.

That said, for the time being, we remain open and willing to engage directly with First Horizon to reach a constructive and amicable resolution. Please let me know when you're available to continue those discussions.

I look forward to your response.

Best,
**Steve Joroff**
Intellectual Ventures