# EXHIBIT 19

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Friday, April 25, 2025 10:14 AM
**To:** Franklin, Desiree <DFranklin@firsthorizon.com>
**Cc:** BURNSTON, HOWARD S. <Howard.Burnston@firsthorizon.com>; Michelle Macartney <mmacartney@intven.com>
**Subject:** Re: Intellectual Ventures Patent Notice: First Horizon Corp.

**[External Email. Exercise caution when clicking links or opening attachments.]**

Mr. Franklin,

I'm writing again to provide an important update that further underscores the strength and enforceability of the Intellectual Ventures (IV) patent portfolio.

On April 23, 2025, the Patent Trial and Appeal Board (PTAB) officially terminated three inter partes review (IPR) proceedings filed against IV patents prior to institution. These IPRs were brought by Liberty Mutual and Comerica, and challenged the following patents:

- U.S. Patent No. 8,407,722
- U.S. Patent No. 7,949,785
- U.S. Patent No. 8,332,844

The Board dismissed all three IPRs following settlement between the parties and confirmed that the underlying agreements resolving the disputes would be treated as business confidential information under 35 U.S.C. § 317(b) and 37 C.F.R. § 42.74(c).

These terminations follow the USPTO's recent Notices of Intent to Issue Reexamination Certificates (NIRC) for the '722 and '785 patents, reaffirming the

validity of their asserted claims. Together, these outcomes send a clear message: the IV portfolio not only survives challenge but continues to demonstrate its legal and commercial strength in both licensing and litigation contexts.

We continue to prioritize resolution through direct licensing discussions and remain open to constructive engagement. Please let me know if you are willing to schedule a call to further discuss how these developments may impact your assessment of the IV portfolio.

Best,
**Steve Joroff**
Intellectual Ventures