**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **FIRST HORIZON BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. Civil Action No. 2:25-cv-02956** |
| | ) | |
| **INTELLECTUAL VENTURES** | ) | **JURY DEMAND** |
| **MANAGEMENT, LLC, INTELLECTUAL** | ) | |
| **VENTURES I LLC, INTELLECTUAL** | ) | |
| **VENTURES II LLC, CALLAHAN** | ) | |
| **CELLULAR L.L.C., OL SECURITY** | ) | |
| **LIMITED LIABILITY COMPANY,** | ) | |
| **INVENTION INVESTMENT FUND I,** | ) | |
| **L.P., and INVENTION INVESTMENT** | ) | |
| **FUND II, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF FIRST HORIZON BANK'S MEMORANDUM IN SUPPORT OF ITS
UNOPPOSED MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT FOR
DECLARATORY JUDGMENT AND OTHER RELIEF**

Pursuant to Federal Rule of Civil Procedure (each, a "**Rule**") 15(a)(2) and Local Rule ("**LR**") 15.1, Plaintiff First Horizon Bank ("**First Horizon**") moves for leave to amend its Original Complaint for Declaratory Judgment and Other Relief ("**Motion**"). The proposed amendments to the Original Complaint (ECF No. 1), submitted herewith as Exhibit A ("**Amendment**"), adds U.S. Patent Nos. 8,352,584, 9,678,967, and RE48,894 ("**Newly Accused Patents**"), from which First Horizon seeks a declaratory judgment of non-infringement and invalidity. The Amendment comprises other changes to the Original Complaint, as shown in a copy of the proposed Amendment "redlined" against the Original Complaint and submitted herewith as Exhibit B.[1]

---

[1] In addition, attached to each copy of the Amendment (Exhibit A and Exhibit B) are copies of the

1

## I.  THE MOTION IS UNOPPOSED

Counsel for First Horizon conferred with counsel for Defendants[2] regarding whether Defendants would oppose this Motion. On February 9, 2026, counsel for Defendants stated that Defendants do **not oppose** the filing of the Amendment. A copy of the electronic communication reflecting Defendants non-opposition to the Motion is submitted herewith as Exhibit C.

## II.  BRIEF STATEMENT OF RELEVANT FACTS FOR AMENDMENT

First Horizon initiated this action on October 16, 2025, by filing the Original Complaint. (*See* ECF No. 1). In the Original Complaint, First Horizon attached, and incorporated by reference, one exemplary communication, namely a letter sent on September 23, 2024, to First Horizon, in which Defendants sought to enforce U.S. Patent Nos. 7,949,785, 8,332,844, 8,407,722, 10,567,391, and 7,464,862 against First Horizon (the "**Originally Accused Patents**"). (*See* ECF No. 1, at Ex. 14). However, on the same date in which First Horizon filed the Original Complaint, First Horizon received a letter from Defendants asserting the Newly Accused Patents. *See* Amendment, at Ex. 10. The proposed Amendment addresses, at least in part, the Newly Accused Patents, and First Horizon now moves for leave to file the same under the present Motion.

## III.  LEGAL STANDARD

Rule 15(a)(2) allows "a party [to] amend its pleading only with the opposing party's written consent or the court's leave." *See Smith v. Durham D & M, LLC*, No. 2:17-cv-02588-MSN-cgc, 2019 WL 13414530, at *2 (W.D. Tenn. June 13, 2019) (quoting FED. R. CIV. P. 15(a)(2)). Though

---

Newly Accused Patents and Defendants' letter enforcing the Newly Accused Patents against First Horizon.

[2] The term "**Defendants**" shall include Intellectual Ventures Management, LLC, Intellectual Ventures I LLC, Intellectual Ventures II LLC, Callahan Cellular L.L.C., OL Security Limited Liability Company, Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC.

this Court "should freely give leave [to amend] when justice so requires, *Porter v. AAR Aircraft Servs., Inc.*, 316 F.R.D. 691, 692 (W.D. Tenn. 2016) (quoting FED. R. CIV. P. 15(a)(2)), this Court still has discretion to deny a motion for leave "based on undue delay, bad faith or dilatory motive or futility of amendment." *Porter*, 316 F.R.D. at 692 (quoting *Pedreira v. Ky. Baptist Homes for Children,* 579 F.3d 722, 729 (6th Cir. 2009) (internal quotation omitted)).

## IV.    ARGUMENT

This Court should freely give First Horizon leave to amend the Original Complaint. **First**, Defendants do not oppose the motion. *See* <u>Exhibit C</u>. **Second**, Defendants will not be prejudiced, much less surprised, by First Horizon's addition of the Newly Accused Patents in the Amendment for which First Horizon seeks a declaration of non-infringement and invalidity, because Defendants asserted the Newly Accused Patents against First Horizon on the same day as the filing of the Original Complaint. *See* Amendment, at Ex. 10. **Third**, there is no undue delay in seeking to amend the Original Complaint at the current stage of this litigation: Defendants have not filed a responsive pleading, the Court has not imposed scheduling deadlines, and fact discovery has not begun. **Fourth**, First Horizon has not sought to cure deficiencies by amendments previously allowed—this is the *first* request to amend its pleadings. **Finally**, the Amendment is not futile: it alleges sufficient factual allegations to plead an action for declaratory judgment of non-infringement and invalidity for the Originally Accused Patents and Newly Accused Patents. In sum, leave to amend should be liberally granted in favor of First Horizon.

## V.    CONCLUSION

The proposed Amendment to the Original Complaint proper under Rule 15(a)(2) and LR 15.1, and, therefore, this Court should grant First Horizon's Motion.

Dated: February 10, 2026

Respectfully submitted,

*/s/ Edward D. Lanquist, Jr.*

Adam S. Baldridge (BPR No. 23488)
Lea Speed (BPR No. 19410)
abaldridge@bakerdonelson.com
lspeed@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Tele: (901) 577-2102 / Fax:  (901) 577-2303

Edward D. Lanquist, Jr. (TN Bar No. 13303)
Dominic A. Rota (TN Bar No. 37622)
elanquist@bakerdonelson.com
drota@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Tele: (615) 726-5581 / Fax:  (615) 726-0464

*Attorneys for First Horizon Bank*

4