# Exhibit 7 to Answer and Counterclaims
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Infringement Claim Chart For**
**Example First Horizon Count I Systems and Services**
**U.S. Patent No. 7,822,841 ("the '841 Patent")**

The Accused Systems and Services include without limitation First Horizon systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future First Horizon systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example First Horizon Count I Systems and Services" or "First Horizon Systems and Services").[1]

On information and belief, First Horizon directly infringes the asserted claims of the '841 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetesin the First Horizon Systems and Services. In addition, First Horizon directly infringes the '841 Patent by testing the First Horizon Systems and Services and its various systems that use Kubernetes.

On information and belief, First Horizon, with knowledge at least since the time of filing of the answer, also indirectly infringes the '841 Patent by inducing its employees, customers, and other third parties (such as vendors) to use First Horizon Systems and Services, and provides documents that include instructions regarding how to use First Horizon products and services that use Kubernetes in the First Horizon Systems and Services in an infringing manner. On information and belief, First Horizon supplies its employees, customers, and other third parties with access to the First Horizon Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, First Horizon provides instructions on how to use its various products and services that use Kubernetes in the First Horizon Systems and Services in an infringing manner, the use of which results in infringement of the '841 Patent claims through performance of the claimed methods.

---

[1] Defendants do not accuse the public clouds of Plaintiff, to the extent those services are provided by a cloud provider with a license to Defendants' patents that covers Plaintiff's activities. Defendants accuse Plaintiff private clouds that implement Kafka and non-licensed public clouds that Plaintiff uses to support Kafka for its systems and services. Defendants will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Plaintiff's activities, Defendants will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Defendants will provide further details.

On information and belief, the First Horizon Systems and Services use Kubernetes in private and/or hybrid cloud(s). For example, First Horizon has advertised its use of Kubernetes and posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts.

- https://recruiting.ultipro.com/FIR1007FTN/JobBoard/c005ef3e-175a-49c4-ba29-9f431f673944/OpportunityDetail?opportunityId=68491ebd-7862-4eae-9b7a-6bfe5e729c5e (posting for DevOps engineer with required knowledge and experience in Kubernetes and Docker containers).

- https://www.linkedin.com/jobs/view/devops-engineer-at-first-horizon-bank-4386966007#:~:text=Support%20the%20full%20product%20lifecycle,and%20dotnet%20is%20a%20plus (same).

- https://www.linkedin.com/jobs/view/devops-engineer-at-first-horizon-bank-4386959411 (same).

- https://kappadeltachijobs.org/job/integration-platform-developer-7 (job posting for Integration Platform developer with experience in Docker and Kubernetes).

- https://www.linkedin.com/in/sbfclt (First Horizon senior developer with significant experience in container technology including Docker and Kubernetes.

On information and belief, First Horizon infrastructure including use of First Horizon Systems and Services is based largely on-premises, and has only recently started leveraging cloud technology. https://www.cyberark.com/customer-stories/first-horizon-bank/. This on-premises-first legacy is consistent with First Horizon's profile as a large regional bank with substantial inherited infrastructure. First Horizon is also engaging in a hybrid cloud approach and is in the process of upgrading its legacy systems. https://www.cyberark.com/customer-stories/first-horizon-bank/. Approximately half of the projects financed by the TD Bank Group payment are efforts to improve security and reliability of First Horizon systems, including cyber fraud defense, compliance upgrades and improvements that will hasten implementation of cloud technology and use of application programming interfaces, or APIs. https://thefinancialbrand.com/news/banking-trends-strategies/first-horizon-plans-100-million-in-tech-upgrades-and-deposit-push-163512.[2]

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Answer and Counterclaims.

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| 1. A computer system for hosting computing clusters for clients, comprising: | To the extent this preamble is limiting, on information and belief, the First Horizon Count I Systems and Services are a computer system for hosting computing clusters for clients. |
| | Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services. |
| | **Overview**<br><br>Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services, that facilitates both declarative configuration and automation. It has a large, rapidly growing ecosystem. Kubernetes services, support, and tools are widely available. |
| | Source: https://kubernetes.io/docs/concepts/overview/. |
| | Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Cluster Architecture<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| |  Figure 1. Kubernetes cluster components. <br><br> Source: https://kubernetes.io/docs/concepts/architecture/. <br><br> Kubernetes supports multi-clusters. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.<br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| 1[a] a private communications network linked to a public communications network; | On information and belief, the First Horizon Count I Systems and Services include a private communications network linked to a public communications network.<br><br>A Kubernetes cluster network is linked through for example an ingress configuration to an external network such as the Internet.<br><br>## Terminology<br><br>For clarity, this guide defines the following terms:<br><br>• Node: A worker machine in Kubernetes, part of a cluster.<br>• Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>• Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>• Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>• Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br><br><br>Figure. Ingress<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>• **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>• **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>• **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| 1[b] a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the | On information and belief, the First Horizon Count I Systems and Services include a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network. |

11

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| first cluster is communicatively linked to the private communications network; | Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client. Kubernetes clusters include workload computing resources, such as processors and memory, and are connected to a private communications network.<br><br>**Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| |  Figure 1. Kubernetes cluster components. <br><br> Source: https://kubernetes.io/docs/concepts/architecture/.[3] |

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | A Kubernetes node is either a virtual or physical machine that one or more Kubernetes pods run on. It is a worker machine that contains the necessary services to run pods, including the CPU and memory resources they need to run. <br><br> Source: https://www.cloudzero.com/blog/kubernetes-node-vs-pod/. <br><br> Kubernetes supports multi-cluster architectures. <br><br> Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas. <br><br> Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

14

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | <br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Kubernetes Multi-Cluster: Why and When To Use Them<br><br>Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution.<br><br>Source: https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/.<br><br>A Kubernetes cluster is connected to a public network, such as the Internet, through ingress or Gateway API configurations.<br><br>Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

16

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| |  Figure. Ingress<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

| U.S. Patent No. 7,822,841 (Claim 1) ||
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br>client → HTTP request → Gateway → HTTPRoute → Routing rule → Service → Pod / Pod<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| 1[c] a second cluster comprising a set of computing resources, including at least one hardware processor, in a | On information and belief, the First Horizon Count I Systems and Services include a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network. |

18

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| second configuration, wherein the second cluster is communicatively linked to the private communications network; and | Kubernetes supports multi-cluster architectures.<br><br>Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.<br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Kubernetes Multi-Cluster: Why and When To Use Them<br><br>Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution.<br><br>Source: https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | # Resource model<br><br>Gateway API has three stable API kinds:<br><br>- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

22

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| 1[d] a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems; | On information and belief, the First Horizon Count I Systems and Services include a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems.<br><br>Kubernetes works with full metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems.<br><br>A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.<br><br>Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## What is Kubernetes monitoring?<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:<br><br>• The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes includes various metrics tracking tools, such as tools for monitoring node health across multiple clusters. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | # Monitor Node Health<br><br>*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/.<br><br>Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| [1.e] wherein the first configuration differs from the second configuration and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task; | On information and belief, the First Horizon Count I Systems and Services include a computer system where the first configuration differs from the second configuration and where the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task.<br><br>Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers, resulting in different configurations occurring at each node and cluster.<br><br>## Pods<br><br>*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.<br><br>A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Workload resources for managing pods 🔗<br><br>Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.<br><br>Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |
| [1.f] wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software | On information and belief, the First Horizon Count I Systems and Services include a computer system where the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor.<br><br>Kubernetes works with metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems. Kubernetes provides for monitoring of containers, pods, services, and a cluster itself. |

29

| U.S. Patent No. 7,822,841 (Claim 1) ||
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| problems to the main monitor. | **Tools for Monitoring Resources**<br><br>To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the containers, pods, services, and the characteristics of the overall cluster. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.<br><br>In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.<br><br>Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/.<br><br>## What is Kubernetes monitoring?<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as: |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | • The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes includes various metrics tracking tools for node monitoring, such as tools for monitoring node health across multiple clusters. |

32

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Monitor Node Health<br><br>*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/.<br><br>Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting.<br><br>While the image below provides examples of a monitoring system with a main monitor for monitoring multiple Kubernetes clusters, on information and belief there are other ways to track cluster performance as implemented by Defendants. Resource track on a container, pod, service, or cluster level is provided in Kubernetes. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| |  Source: https://towardsdev.com/how-to-monitor-kubernetes-cluster-using-prometheus-grafana-f220b0284e65. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example First Horizon Count I Systems and Services** |
| | ## Tools for Monitoring Resources<br><br>To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the containers, pods, services, and the characteristics of the overall cluster. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.<br><br>In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |