# Exhibit 8 to Answer and Counterclaims
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Infringement Claim Chart For**
**Example First Horizon Count II Systems and Services**
**U.S. Patent No. 7,949,785 ("the '785 Patent")**

The Accused Systems and Services include without limitation First Horizon systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future First Horizon systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example First Horizon Count II Systems and Services" or "First Horizon Systems and Services").[1]

On information and belief, First Horizon directly infringes the asserted claims of the '785 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetes in the First Horizon Systems and Services. In addition, First Horizon directly infringes the '785 Patent by testing the First Horizon Systems and Services and its various systems that use Kubernetes.

On information and belief, First Horizon, with knowledge at least since the time of receipt of a letter dated September 23, 2024, also indirectly infringes the '785 Patent by inducing its employees, customers, and other third parties (such as vendors) to use First Horizon Systems and Services, and provides documents that include instructions regarding how to use First Horizon products and services that use Kubernetes in the First Horizon Systems and Services in an infringing manner. On information and belief, First Horizon supplies its employees, customers, and other third parties with access to the First Horizon Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, First Horizon provides instructions on how to use its various products and services that use Kubernetes in the First Horizon Systems and Services in an infringing manner, the use of which results in infringement of the '785 Patent claims through performance of the claimed methods.

---

[1] Defendants do not accuse the public clouds of Plaintiff, to the extent those services are provided by a cloud provider with a license to Defendants' patents that covers Plaintiff's activities. Defendants accuse Plaintiff private clouds that implement Kafka and non-licensed public clouds that Plaintiff uses to support Kafka for its systems and services. Defendants will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Plaintiff's activities, Defendants will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Defendants will provide further details.

2

On information and belief, the First Horizon Systems and Services use Kubernetes in First Horizon's private and/or hybrid cloud(s). For example, First Horizon posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts.

- https://recruiting.ultipro.com/FIR1007FTN/JobBoard/c005ef3e-175a-49c4-ba29-9f431f673944/OpportunityDetail?opportunityId=68491ebd-7862-4eae-9b7a-6bfe5e729c5e (posting for DevOps engineer with required knowledge and experience in Kubernetes and Docker containers).

- https://www.linkedin.com/jobs/view/devops-engineer-at-first-horizon-bank-4386966007#:~:text=Support%20the%20full%20product%20lifecycle,and%20dotnet%20is%20a%20plus (same).

- https://www.linkedin.com/jobs/view/devops-engineer-at-first-horizon-bank-4386959411 (same).

- https://kappadeltachijobs.org/job/integration-platform-developer-7 (job posting for Integration Platform developer with experience in Docker and Kubernetes).

- https://www.linkedin.com/in/sbfclt (First Horizon senior developer with significant experience in container technology including Docker and Kubernetes.

On information and belief, First Horizon infrastructure including use of First Horizon Systems and Services is based largely on-premises, and has only recently started leveraging cloud technology. https://www.cyberark.com/customer-stories/first-horizon-bank/. This on-premises-first legacy is consistent with First Horizon's profile as a large regional bank with substantial inherited infrastructure. First Horizon is also engaging in a hybrid cloud approach and is in the process of upgrading its legacy systems. https://www.cyberark.com/customer-stories/first-horizon-bank/. Approximately half of the projects financed by the TD Bank Group payment are efforts to improve security and reliability of First Horizon systems, including cyber fraud defense, compliance upgrades and improvements that will hasten implementation of cloud technology and use of application programming interfaces, or APIs. https://thefinancialbrand.com/news/banking-trends-strategies/first-horizon-plans-100-million-in-tech-upgrades-and-deposit-push-163512[2].

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Answer and Counterclaims.

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| [30.pre] A virtual network manager, comprising: | To the extent this preamble is limiting, on information and belief, the First Horizon Count II Systems and Services include a virtual network manager.<br><br>The virtual network manager is the Kubernetes functionality related to DNS for Services and Pods.<br><br>**DNS for Services and Pods**<br><br>Kubernetes creates DNS records for Services and Pods. You can contact Services with consistent DNS names instead of IP addresses.<br><br>Kubernetes publishes information about Pods and Services which is used to program DNS. Kubelet configures Pods' DNS so that running containers can lookup Services by name rather than IP.<br><br>Services defined in the cluster are assigned DNS names. By default, a client Pod's DNS search list includes the Pod's own namespace and the cluster's default domain.<br><br>*See* https://kubernetes.io/docs/concepts/services-networking/dns-pod-service/#pod-s-dns-config.<br><br>A Service in Kubernetes is an abstraction which defines a logical set of Pods and a policy by which to access them. Services enable a loose coupling between dependent Pods. A Service is defined using YAML or JSON, like all Kubernetes object manifests. The set of Pods targeted by a Service is usually determined by a *label selector* (see below for why you might want a Service without including a `selector` in the spec).<br><br>*See* https://kubernetes.io/docs/tutorials/kubernetes-basics/expose/expose-intro/.<br><br>Kubernetes assigns this Service an IP address (the *cluster IP*), that is used by the virtual IP address mechanism. For more details on that mechanism, read Virtual IPs and Service Proxies.<br><br>*See* https://kubernetes.io/docs/concepts/services-networking/service/. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | ## Virtual IPs and Service Proxies <br><br> Every node in a Kubernetes cluster runs a kube-proxy (unless you have deployed your own alternative component in place of kube-proxy ). <br><br> The kube-proxy component is responsible for implementing a *virtual IP* mechanism for Services of type other than ExternalName . <br><br> *See* https://kubernetes.io/docs/reference/networking/virtual-ips/. |
| [30.a] a network interface configured for data communication via a virtual network that is defined by a domain name having an associated public network address; | On information and belief, the First Horizon Count II Systems and Services include a network interface configured for data communication via a virtual network that is defined by a domain name having an associated public network address. <br><br> On information and belief, Kubernetes DNS for Services and pods is implemented in part through a network interface called kube-proxy, which maintains network rules that allow communication to pods from network sessions. Kube-proxy communications can relate to network sessions inside or outside of the cluster in which the services are defined. The services defined in the cluster are assigned DNS names having an associated public network address. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | <br><br>Source:<br>https://kubernetes.io/docs/concepts/overview/components/#:~:text=kube%2Dproxy%20is%20a%20network,or%20outside%20of%20your%20cluster. |

| U.S. Patent No. 7,949,785 (Claim 30) ||
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | DNS<br><br>A cluster-aware DNS server, such as CoreDNS, watches the Kubernetes API for new Services and creates a set of DNS records for each one. If DNS has been enabled throughout your cluster then all Pods should automatically be able to resolve Services by their DNS name.<br><br>External IPs<br><br>If there are external IPs that route to one or more cluster nodes, Kubernetes Services can be exposed on those `externalIPs`. When network traffic arrives into the cluster, with the external IP (as destination IP) and the port matching that Service, rules and routes that Kubernetes has configured ensure that the traffic is routed to one of the endpoints for that Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service/.<br><br>**DNS for Services and Pods**<br><br>Kubernetes creates DNS records for Services and Pods. You can contact Services with consistent DNS names instead of IP addresses.<br><br>Services defined in the cluster are assigned DNS names. By default, a client Pod's DNS search list includes the Pod's own namespace and the cluster's default domain.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/dns-pod-service/#pod-s-dns-config. |
| [30.b] a memory and a processor to implement a register module configured to | On information and belief, the First Horizon Count II Systems and Services include a memory and a processor to implement a register module configured to register devices in a virtual network. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| register devices in a virtual network, the register module further configured to: | On information and belief, a service runs on a set of pods. The Kubernetes DNS Service module watches the Kubernetes API for incoming new services and creates a set of DNS records for each of the pods associated with the service.<br><br>Kubernetes runs your workload by placing containers into Pods to run on *Nodes*. A node may be a virtual or physical machine, depending on the cluster. Each node is managed by the control plane and contains the services necessary to run Pods.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/nodes.<br><br>**Initializing your control-plane node**<br><br>The control-plane node is the machine where the control plane components run, including etcd (the cluster database) and the API Server (which the kubectl command line tool communicates with).<br><br>Source: https://kubernetes.io/docs/setup/production-environment/tools/kubeadm/create-cluster-kubeadm/.<br><br>**DNS**<br><br>You can (and almost always should) set up a DNS service for your Kubernetes cluster using an add-on.<br><br>A cluster-aware DNS server, such as CoreDNS, watches the Kubernetes API for new Services and creates a set of DNS records for each one. If DNS has been enabled throughout your cluster then all Pods should automatically be able to resolve Services by their DNS name.<br><br>For example, if you have a Service called `my-service` in a Kubernetes namespace `my-ns`, the control plane and the DNS Service acting together create a DNS record for `my-service.my-ns`. Pods in the `my-ns` namespace should be able to find the service by doing a name lookup for `my-service` (`my-service.my-ns` would also work).<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service. |

| **U.S. Patent No. 7,949,785 (Claim 30)** | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | **Services in Kubernetes**<br><br>The Service API, part of Kubernetes, is an abstraction to help you expose groups of Pods over a network. Each Service object defines a logical set of endpoints (usually these endpoints are Pods) along with a policy about how to make those pods accessible.<br><br>For example, consider a stateless image-processing backend which is running with 3 replicas. Those replicas are fungible—frontends do not care which backend they use. While the actual Pods that compose the backend set may change, the frontend clients should not need to be aware of that, nor should they need to keep track of the set of backends themselves.<br><br>The Service abstraction enables this decoupling.<br><br>The set of Pods targeted by a Service is usually determined by a selector that you define. To learn about other ways to define Service endpoints, see Services without selectors. |
| [30.b.i] receive a registration request from an agent associated with a device; | On information and belief, the First Horizon Count II Systems and Services include a register module configured to receive a registration request from an agent associated with a device.<br><br>On information and belief, a service runs on a set of pods. The Kubernetes DNS Service module watches the Kubernetes API for incoming new services being made from the kubelet.<br><br>Create a new ClusterIP service named my-cs<br><br>`kubectl create service clusterip my-cs --tcp=5678:8080`<br><br>Create a new ClusterIP service named my-cs (in headless mode)<br><br>`kubectl create service clusterip my-cs --clusterip="None"`<br><br>Source: https://kubernetes.io/docs/reference/generated/kubectl/kubectl-commands. |

9

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | ### Discovering services<br><br>For clients running inside your cluster, Kubernetes supports two primary modes of finding a Service: environment variables and DNS.<br><br>**DNS**<br><br>You can (and almost always should) set up a DNS service for your Kubernetes cluster using an add-on.<br><br>A cluster-aware DNS server, such as CoreDNS, watches the Kubernetes API for new Services and creates a set of DNS records for each one. If DNS has been enabled throughout your cluster then all Pods should automatically be able to resolve Services by their DNS name.<br><br>For example, if you have a Service called `my-service` in a Kubernetes namespace `my-ns`, the control plane and the DNS Service acting together create a DNS record for `my-service.my-ns`. Pods in the `my-ns` namespace should be able to find the service by doing a name lookup for `my-service` (`my-service.my-ns` would also work).<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service.<br><br>### Services in Kubernetes<br><br>The Service API, part of Kubernetes, is an abstraction to help you expose groups of Pods over a network. Each Service object defines a logical set of endpoints (usually these endpoints are Pods) along with a policy about how to make those pods accessible.<br><br>### Defining a Service<br><br>A Service is an object (the same way that a Pod or a ConfigMap is an object). You can create, view or modify Service definitions using the Kubernetes API. Usually you use a tool such as `kubectl` to make those API calls for you.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/service. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | ```
kubectl logs deploy/my-deployment              # dump Pod logs for a Deployment (single-container case)
kubectl logs deploy/my-deployment -c my-container    # dump Pod logs for a Deployment (multi-container case)
```<br><br>Source: https://kubernetes.io/docs/reference/kubectl/quick-reference/.<br><br>*See also* https://kubernetes.io/docs/setup/production-environment/tools/kubeadm/create-cluster-kubeadm/. |
| [30.b.ii] distribute a virtual network address to the device when the device is registered in the virtual network, the device being identified to other devices in the virtual network by the virtual network address; and | On information and belief, the First Horizon Count II Systems and Services include a register module configured to distribute a virtual network address to the device when the device is registered in the virtual network, the device being identified to other devices in the virtual network by the virtual network address.<br><br>On information and belief, a service runs on a set of pods. A new service is assigned to a cluster IP, and as part of configuration, the Kubernetes DNS Service module distributes the network address to at least one pod on which the service runs.<br><br>**Using a Service to Expose Your App**<br><br>Although each Pod has a unique IP address, those IPs are not exposed outside the cluster without a Service. Services allow your applications to receive traffic. Services can be exposed in different ways by specifying a `type` in the `spec` of the Service:<br><br>• *ClusterIP* (default) - Exposes the Service on an internal IP in the cluster. This type makes the Service only reachable from within the cluster.<br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/expose/expose-intro/. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
| --- | --- |
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | **Service ClusterIP allocation** <br><br> In Kubernetes, Services are an abstract way to expose an application running on a set of Pods. Services can have a cluster-scoped virtual IP address (using a Service of `type: ClusterIP`). Clients can connect using that virtual IP address, and Kubernetes then load-balances traffic to that Service across the different backing Pods. <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/cluster-ip-allocation/. <br><br> **VIP** <br><br> a virtual IP address, such as the one assigned to every Service in Kubernetes <br><br> Source: https://kubernetes.io/docs/tutorials/services/source-ip/. <br><br> **DNS** 🔗 <br><br> You can (and almost always should) set up a DNS service for your Kubernetes cluster using an add-on. <br><br> A cluster-aware DNS server, such as CoreDNS, watches the Kubernetes API for new Services and creates a set of DNS records for each one. If DNS has been enabled throughout your cluster then all Pods should automatically be able to resolve Services by their DNS name. <br><br> For example, if you have a Service called `my-service` in a Kubernetes namespace `my-ns`, the control plane and the DNS Service acting together create a DNS record for `my-service.my-ns`. Pods in the `my-ns` namespace should be able to find the service by doing a name lookup for `my-service` (`my-service.my-ns` would also work). <br><br> Source: https://kubernetes.io/docs/concepts/services-networking/service. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/update/update-intro/ |
| [30.c] a DNS server for the virtual network, the DNS server configured to receive a DNS request from a first device in the virtual network and return a network address associated with a network route director, a private network address associated with a second device in the virtual network, and a virtual network address associated with the second device. | On information and belief, the First Horizon Count II Systems and Services include a DNS server for the virtual network, the DNS server configured to receive a DNS request from a first device in the virtual network and return a network address associated with a network route director, a private network address associated with a second device in the virtual network, and a virtual network address associated with the second device.<br><br>On information and belief, a client/ frontend pod sends a DNS query using Kubernetes DNS query functionality, such as CoreDNS or kube-dns, which includes resolver routines associated with the requesting pod. The DNS server (cluster DNS server, e.g. CoreDNS or kube-dns) is configured to return an IP address of cluster DNS server, which is referenced/returned by the process of the kubelet accessing resolv.conf. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| |  Source: https://man7.org/linux/man-pages/man5/resolv.conf.5.html.<br><br>Source: https://kubernetes.io/docs/tasks/administer-cluster/coredns/. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | ## Introduction<br><br>NodeLocal DNSCache improves Cluster DNS performance by running a DNS caching agent on cluster nodes as a DaemonSet. In today's architecture, Pods in 'ClusterFirst' DNS mode reach out to a kube-dns `serviceIP` for DNS queries. This is translated to a kube-dns/CoreDNS endpoint via iptables rules added by kube-proxy. With this new architecture, Pods will reach out to the DNS caching agent running on the same node, thereby avoiding iptables DNAT rules and connection tracking. The local caching agent will query kube-dns service for cache misses of cluster hostnames (" `cluster.local` " suffix by default).<br><br><br><br>Source: https://kubernetes.io/docs/tasks/administer-cluster/nodelocaldns/. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | Pod foo<br><br>When a pod sends an API request to a service within the same Kubernetes cluster, it must first resolve the IP address of the service. To do this, the pod performs a DNS lookup using the DNS server specified in its /etc/resolv.conf configuration file.<br><br>This file, which is provisioned by the Kubelet, defines the settings for DNS lookups in the pod. It contains a reference to the cluster DNS server.<br><br>By default, this configuration file looks something like this:<br><br>```<br>search namespace.svc.cluster.local svc.cluster.local cluster.local<br>nameserver 10.123.0.10<br>options ndots:5<br>```<br><br>Source: https://www.nslookup.io/learning/the-life-of-a-dns-query-in-kubernetes/. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
| --- | --- |
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | <br><br>Source: https://www.nslookup.io/learning/the-life-of-a-dns-query-in-kubernetes/. |

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | When a pod performs a DNS lookup, the query is first sent to the local DNS resolver in the pod. This resolver uses the resolv.conf configuration file. In this file, the nodelocaldns server is set up as the default recursive DNS resolver, which acts as a cache.<br><br>If this cache does not contain the IP address for the requested hostname, the query is forwarded to the cluster DNS server (CoreDNS).<br><br>This DNS server determines the IP address by consulting the Kubernetes service registry. This registry contains a mapping of service names to their corresponding IP addresses. This allows the cluster DNS server to return the correct IP address to the requesting pod.<br><br>Any domains that are queried but are not in the Kubernetes service registry are forwarded to an upstream DNS server.<br><br>We will go through each of these components in more detail step-by-step.<br><br>Source: https://www.nslookup.io/learning/the-life-of-a-dns-query-in-kubernetes/.<br><br>On information and belief, First Horizon's systems include "a private network address associated with a second device in the virtual network, and a virtual network address associated with the second device."<br><br>On information and belief, the private network address associated with a second device is a unique private IP address assigned to a backend node. The virtual network address associated with the second device is the Cluster IP or Virtual IP assigned to a pod (or pods) and/or container (or containers). |

18

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | Source: https://coredns.io/plugins/kubernetes//. |

19

| U.S. Patent No. 7,949,785 (Claim 30) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count II Systems and Services** |
| | **Connecting Applications with Services**<br><br>Kubernetes assumes that pods can communicate with other pods, regardless of which host they land on. Kubernetes gives every pod its own cluster-private IP address, so you do not need to explicitly create links between pods or map container ports to host ports. This means that containers within a Pod can all reach each other's ports on localhost, and all pods in a cluster can see each other without NAT. The rest of this document elaborates on how you can run reliable services on such a networking model.<br><br>Source: https://kubernetes.io/docs/tutorials/services/connect-applications-service/.<br><br>**Using a Service to Expose Your App**<br><br>Although each Pod has a unique IP address, those IPs are not exposed outside the cluster without a Service. Services allow your applications to receive traffic. Services can be exposed in different ways by specifying a `type` in the `spec` of the Service:<br><br>• *ClusterIP* (default) - Exposes the Service on an internal IP in the cluster. This type makes the Service only reachable from within the cluster.<br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/expose/expose-intro/.<br><br>**Service ClusterIP allocation**<br><br>In Kubernetes, Services are an abstract way to expose an application running on a set of Pods. Services can have a cluster-scoped virtual IP address (using a Service of `type: ClusterIP`). Clients can connect using that virtual IP address, and Kubernetes then load-balances traffic to that Service across the different backing Pods.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/cluster-ip-allocation. |

20