# Exhibit 12 to Answer and Counterclaims
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Infringement Claim Chart For**
**Example First Horizon Count VI Systems and Services**
**U.S. Reissue Patent RE48,894 ("RE894 Patent")**

The Accused Systems and Services include without limitation First Horizon systems and services that utilize Kafka; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future First Horizon systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example First Horizon Count VI Systems and Services" or "First Horizon Systems and Services").[1]

On information and belief, First Horizon directly infringes the asserted claims of the RE894 Patent, either literally or under the doctrine of equivalents, through at least using Kafka in the First Horizon Systems and Services. In addition, First Horizon directly infringes the RE894 Patent by testing the First Horizon Systems and Services and its various systems that use Kafka.

On information and belief, First Horizon, with knowledge at least since the time of receipt of a letter dated October 16, 2025, also indirectly infringes the RE894 Patent by inducing its employees, customers, and other third parties (such as vendors) to use First Horizon Systems and Services, and provides documents that include instructions regarding how to use First Horizon products and services that use Kafka in the First Horizon Systems and Services in an infringing manner. On information and belief, First Horizon supplies its employees, customers, and other third parties with access to the First Horizon Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, First Horizon provides instructions on how to use its various products and services that use Kafka in the First Horizon Systems and Services in an infringing manner, the use of which results in infringement of the RE894 Patent claims through performance of the claimed methods.

---

[1] Defendants do not accuse the public clouds of Plaintiff, to the extent those services are provided by a cloud provider with a license to Defendants' patents that covers Plaintiff's activities. Defendants accuse Plaintiff private clouds that implement Kafka and non-licensed public clouds that Plaintiff uses to support Kafka for its systems and services. Defendants will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Plaintiff's activities, Defendants will meet and confer with Plaintiff about the impact of such license(s). Once a protective order is entered into the case, Defendants will provide further details.

On information and belief, the First Horizon Systems and Services use Kafka in First Horizon's private and/or hybrid cloud(s). For example, First Horizon posts, or has posted, job opportunities that require familiarity with Kafka.

- https://www.myvisajobs.com/employer/first-horizon-bank/#occupations (dedicated green card labor certification filed by First Horizon with the U.S. Department of Labor for "Kafka Lead Developer And Architect").

- https://recruiting.ultipro.com/FIR1007FTN/JobBoard/c005ef3e-175a-49c4-ba29-9f431f673944/OpportunityDetail?opportunityId=f71f145e-1e7f-4340-a8b4-c5582ce2e799 (First Horizon job posting for engineer with proficiency in Kafka).

- https://www.linkedin.com/pulse/new-core-battleground-api-first-banking-platforms-reshaping-butler-mj9ee#:~:text=Event%2Ddriven%20microservices%20architecture,Best%20Fit: (describing "Kafka-based streaming for data migration and event processing" and "Native Kafka integration for event streaming" at First Horizon).

On information and belief, First Horizon's infrastructure including use of First Horizon Systems and Services is based largely on-premises, and has only recently started leveraging cloud technology. https://www.cyberark.com/customer-stories/first-horizon-bank/. This on-premises-first legacy is consistent with First Horizon's profile as a large regional bank with substantial inherited infrastructure. First Horizon is also engaging in a hybrid cloud approach and is in the process of upgrading its legacy systems. https://www.cyberark.com/customer-stories/first-horizon-bank/. Approximately half of the projects financed by the TD Bank Group payment are efforts to improve security and reliability of First Horizon systems, including cyber fraud defense, compliance upgrades and improvements that will hasten implementation of cloud technology and use of application programming interfaces, or APIs. https://thefinancialbrand.com/news/banking-trends-strategies/first-horizon-plans-100-million-in-tech-upgrades-and-deposit-push-163512.[2]

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Answer and Counterclaims.

3

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| [8.pre] A method, comprising: | To the extent this preamble is limiting, on information and belief, the First Horizon Count VI Systems and Services practice a method.<br><br>Apache Kafka is an open-source distributed streaming platform designed for high throughput, fault tolerance, and scalability, and is used for building real-time data pipelines and applications.<br><br><br><br>*An overview of Kafka's architecture - Source*<br><br>Source: https://www.datacamp.com/tutorial/kafka-partitions. |

4

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | <br><br>Source: https://www.scaler.com/topics/kafka-cluster/.<br><br>Kafka includes producers, consumers, brokers, topics, and partitions. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | At its core, Kafka comprises multiple components. These components include producers, consumers, brokers, topics, and partitions, and each plays a crucial role in the overall system.<br><br>• **Producers** are responsible for generating data and sending it to Kafka topics. They publish messages to Kafka brokers, typically in a key-value format.<br><br>• **Brokers** are the servers that store and manage Kafka topics. They handle data replication, distribution, and communication between producers and consumers.<br><br>• **Topics** are logical categories or streams of data within Kafka. They act as message queues where producers publish data and consumers retrieve it.<br><br>• **Partitions** are the basic unit of data storage and distribution within Kafka topics.<br><br>• **Consumers** are applications or processes that subscribe to Kafka topics to retrieve and process data. They read messages from one or more partitions and can be grouped into consumer groups for load balancing and parallel processing.<br><br>Source: https://www.datacamp.com/tutorial/kafka-partitions. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
| --- | --- |
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | Before talking about partitions we need to understand what a **topic** is. In Kafka, a topic is basically a storage unit where all the messages sent by the producer are stored. Generally, similar data is stored in individual topics. For example, you can have a topic named "user" where you only store the details of your users, or you can have a topic named "payments" where you only store all the payment-related details. A topic can be further subdivided into multiple storage units and these subdivisions of a topic are known as **partitions**.<br><br><br><br>Source: https://medium.com/javarevisited/kafka-partitions-and-consumer-groups-in-6-mins-9e0e336c6c00. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | Kafka® is a distributed, partitioned, replicated commit log service. It provides the functionality of a messaging system, but with a unique design.<br><br>What does all that mean?<br><br>First let's review some basic messaging terminology:<br><br>• Kafka maintains feeds of messages in categories called *topics*.<br>• We'll call processes that publish messages to a Kafka topic *producers*.<br>• We'll call processes that subscribe to topics and process the feed of published messages *consumers*..<br>• Kafka is run as a cluster comprised of one or more servers each of which is called a *broker*. So, at a high level, producers send messages over the network to the Kafka cluster which in turn serves them up to consumers like this:<br><br>Source: https://kafka.apache.org/082/getting-started/introduction/.[3] |
| [8.a] receiving, at a resource consumer device, node names corresponding to each of a plurality of resource nodes; | On information and belief, the First Horizon Count VI Systems and Services practice receiving, at a resource consumer device, node names corresponding to each of a plurality of resource nodes.<br><br>Kafka provides for configuring bootstrap server in Kafka clients by specifying broker addresses in the bootstrap server configuration. Kafka consumers receive bootstrap server information as part of their configuration.  The bootstrap server information includes of a list of broker addresses that the client can connect to initially when accessing the Kafka cluster.<br><br>In Apache Kafka, the bootstrap server is an essential part of client configuration, enabling Kafka producers and consumers to connect to the cluster for real-time event streaming. By specifying a few broker addresses in the bootstrap server configuration, clients can reliably establish a connection and begin interacting with Kafka without needing direct knowledge of the entire cluster setup. But what exactly is a bootstrap server, and how does it work within Kafka's distributed system? |

---

[3] Annotations added unless otherwise noted.

8

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | Source: https://axual.com/blog/kafka-bootstrap-server.<br><br>## How the Bootstrap Server Works in Kafka<br><br>The Kafka bootstrap server serves as an entry point for clients to connect to a Kafka cluster. Configured as a list of broker addresses in the client settings, the bootstrap server allows Kafka producers and consumers to locate the cluster's active brokers and partitions. When a client first connects to one of these brokers, it receives metadata about the cluster, including information about all brokers, topic partitions, and leader assignments. This metadata enables the client to route data correctly within the cluster without needing to know all broker addresses in advance, providing a streamlined connection process and minimizing configuration complexity.<br><br>Source: https://axual.com/blog/kafka-bootstrap-server.<br><br>The client configuration includes a list of broker addresses that Kafka clients use to initiate contact with a cluster. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | ## Configuring Bootstrap Servers in Kafka Clients<br><br>Configuring the bootstrap servers in Kafka clients is straightforward and involves setting the *bootstrap.servers* property in the client's configuration. This property is a list of broker addresses that Kafka clients use to initiate contact with the cluster. Interestingly, the list doesn't need to include every broker in the cluster—just a few addresses are sufficient, as the client will use these initial brokers to fetch metadata about the entire cluster. For example, a configuration might look like bootstrap.servers=broker1:9092,broker2:9092, where each entry represents a broker address and port. Once configured, the client can seamlessly connect and communicate with the Kafka cluster.<br><br>Source: https://axual.com/blog/kafka-bootstrap-server.<br><br>*See also* https://kafka.apache.org/documentation/#consumerconfigs. |
| [8.b] determining, using the resource consumer device, an organizational structure of the plurality of resource nodes based on the received node names, the organizational structure being a parallel structure that enables access to a data set through at least two of the plurality of resource nodes or | On information and belief, the First Horizon Count VI Systems and Services practice determining, using the resource consumer device, an organizational structure of the plurality of resource nodes based on the received node names, the organizational structure being a parallel structure that enables access to a data set through at least two of the plurality of resource nodes or a serial structure that enables access to a first data block of the data set through a first resource node and to a second data block consecutive to the first data block of the data set through a second resource node.<br><br>As an example, the received Kafka bootstrap server information allows the Kafka consumer to connect to at least one bootstrap server, which can function as an entry point for the consumer client to connect to the Kafka cluster. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| a serial structure that enables access to a first data block of the data set through a first resource node and to a second data block consecutive to the first data block of the data set through a second resource node; and | <br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | ## How the Bootstrap Server Works in Kafka<br><br>The Kafka bootstrap server serves as an entry point for clients to connect to a Kafka cluster. Configured as a list of broker addresses in the client settings, the bootstrap server allows Kafka producers and consumers to locate the cluster's active brokers and partitions. When a client first connects to one of these brokers, it receives metadata about the cluster, including information about all brokers, topic partitions, and leader assignments. This metadata enables the client to route data correctly within the cluster without needing to know all broker addresses in advance, providing a streamlined connection process and minimizing configuration complexity.<br><br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/.<br><br>*See also* claim limitation [8.a].<br><br>Each topic in a Kafka cluster is divided into partitions, which allows Kafka to perform parallelized message processing. In this way, a deployed Kafka cluster implementing topic partitions can be considered at least a parallel structure.<br><br>**Partitions: 1. Data Distribution:**<br><br>- Each Kafka topic is divided into partitions. Partitions allow Kafka to parallelize message processing and increase throughput.<br><br>- Each partition is an ordered, immutable sequence of messages that is continually appended to. Messages are identified by their offset within the partition.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally- |

| Claim(s) | Example First Horizon Count VI Systems and Services |
|---|---|
| <td colspan="2" align="center">**U.S. Reissue Patent RE48,894 (Claim 8)**</td> |
| | which-ashish-sv6ec.<br><br>3. **Reading Messages:**<br><br>- C1 will read messages from partitions P0 and P1.<br><br>- C2 will read messages from partitions P2 and P3.<br><br>- Each consumer keeps track of the last processed offset in each of its partitions to ensure it knows where to resume reading in case of a restart.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally-which-ashish-sv6ec. |
| [8.c] generating, using the resource consumer device, a resource map based at least in part on the organizational structure; and | On information and belief, the First Horizon Count VI Systems and Services practice generating, using the resource consumer device, a resource map based at least in part on the organizational structure.<br><br>In Kafka, a consumer connects to a bootstrap server and receives topic partition information, which enables the consumer to route data correctly within the cluster without needing to know all broker addresses in advance. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
| --- | --- |
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | ## How the Bootstrap Server Works in Kafka<br><br>The Kafka bootstrap server serves as an entry point for clients to connect to a Kafka cluster.<br>Configured as a list of broker addresses in the client settings, the bootstrap server allows Kafka producers and consumers to locate the cluster's active brokers and partitions. When a client first connects to one of these brokers, it receives metadata about the cluster, including information about all brokers, topic partitions, and leader assignments. This metadata enables the client to route data correctly within the cluster without needing to know all broker addresses in advance, providing a streamlined connection process and minimizing configuration complexity.<br><br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

14

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| |  Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | • **bootstrap.servers**<br><br>A list of host/port pairs to use for establishing the initial connection to the Kafka cluster. The client will make use of all servers irrespective of which servers are specified here for bootstrapping—this list only impacts the initial hosts used to discover the full set of servers. This list should be in the form host1:port1,host2:port2,.... Since these servers are just used for the initial connection to discover the full cluster membership (which may change dynamically), this list need not contain the full set of servers (you may want more than one, though, in case a server is down).<br><br>Type:  list<br>Default:<br>Valid Values:<br>Importance: high<br><br>Source: kafka.apache.org/26/generated/admin_client_config.html.<br><br>As part of the Consumer Embedded Protocol, Kafka determines a structure of the operative Kafka cluster. It forms data structures functioning as a map that allows the consumer to contact nodes for partitions and topics. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | <br><br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
|---|---|
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | **Consumer Behavior:**<br><br>1. **Fetching Metadata:**<br><br>- When a consumer starts or joins a consumer group, it queries the Kafka broker to get metadata about the topic. This metadata includes information about partitions and their leaders.<br><br>2. **Partition Assignment:**<br><br>- The consumer receives partition assignments from the Kafka coordinator. This tells the consumer which partitions it is responsible for. Consumers poll these partitions for new messages.<br><br>3. **Message Reading:**<br><br>- Consumers read messages from their assigned partitions based on the last committed offset. They continuously fetch messages from the leader of each partition they are assigned to.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally-which-ashish-sv6ec. |

18

| **U.S. Reissue Patent RE48,894 (Claim 8)** | |
| :---: | :---: |
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| [8.d] messaging, by the resource consumer device, one or more resource nodes of the plurality of resource nodes about the data set based at least in part on the resource map. | On information and belief, the First Horizon Count VI Systems and Services practice messaging, by the resource consumer device, one or more resource nodes of the plurality of resource nodes about the data set based at least in part on the resource map. <br><br> Based on the resource map, a Kafka consumer can contact specific nodes for specific partitions and topics. <br><br> <br><br> Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8) | |
| --- | --- |
| **Claim(s)** | **Example First Horizon Count VI Systems and Services** |
| | **Consumer Behavior:** <br><br> 1. **Fetching Metadata:** <br><br> - When a consumer starts or joins a consumer group, it queries the Kafka broker to get metadata about the topic. This metadata includes information about partitions and their leaders. <br><br> 2. **Partition Assignment:** <br><br> - The consumer receives partition assignments from the Kafka coordinator. This tells the consumer which partitions it is responsible for. Consumers poll these partitions for new messages. <br><br> 3. **Message Reading:** <br><br> - Consumers read messages from their assigned partitions based on the last committed offset. They continuously fetch messages from the leader of each partition they are assigned to. <br><br> Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally-which-ashish-sv6ec. |